Lasley v. Cermak et al., 209 Ill. App. 431.

Frank A. Lasley, Appellee, v. Anton J. Cermak, Bailiff, and H. B. Grider, Appellants.

Gen. No. 23,175.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed with finding of fact. Opinion filed January 31, 1918. Rehearing denied February 11, 1918.

### Statement of the Case.

Trial of right to property by Frank A. Lasley, plaintiff, against Anton J. Cermak, bailiff of the Municipal Court of Chicago, and H. B. Grider, defendants. From a judgment for plaintiff, defendants appeal.

BARNHARDT & STAFFORD, for appellants.

WINSTON & LOWY, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. EXECUTION, § 61*—*when becomes lien.* An execution becomes a lien on the property on the date it is delivered to the sheriff.

2. EXECUTION, § 67*—*when lien prior to unrecorded chattel mortgage.* The lien of an execution which has not been suspended or become dormant by any act of the judgment creditor, or otherwise, is prior to the rights of a purchaser at a sale under an unrecorded chattel mortgage, possession under which mortgage was taken after the lien of the execution had attached, such mortgage being invalid as against the holders of the execution lien.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.